UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

THOMAS RUSSELL BOARDMAN,

              Petitioner,

v.

JEFFEREY PERKINS,

              Respondent.

Case No. C24-5777-BHS-SKV

ORDER GRANTING APPLICATION
TO PROCEED *IN FORMA PAUPERIS*

This is a federal habeas action filed under 28 U.S.C. § 2254.  Petitioner has submitted an application seeking leave to proceed with this action *in forma pauperis*.  Petitioner's application demonstrates that he is unable to afford the $5.00 filing fee.  Petitioner's application to proceed *in forma pauperis* (Dkt. 1) is therefore GRANTED.  The Clerk is directed to file Petitioner's petition for writ of habeas corpus without the prepayment of fees.  The Clerk is further directed to send a copy of this Order to Petitioner.

Dated this 25th day of September, 2024.

*[signature]*

S. KATE VAUGHAN
United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1